**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| TIMOTHY D. JERNIGAN, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:05-CV-39 (HL) |
| SHIRLEY LEWIS, : | |
| Defendant : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 31) filed January 25, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed by the plaintiff within the time allowed.

**SO ORDERED,** this the 25th day of February, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**